UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MARITZA GUERRERO,

                            Plaintiff,                      **24 Civ. No. 4292 (JLR)**

         -against-                                  **PRE-SETTLEMENT CONFERENCE ORDER**

PPGD INC. and GENNE DEFEO,

                            Defendants.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Pre-Settlement Conference Call on **Wednesday, August 14, 2024 at 2:00 p.m.**, to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein. Counsel are directed to join the conference via Microsoft Teams at the scheduled time. **Please dial (646) 453-4442, Access Code: 721 011 164#.** Prior to the call, counsel are directed to confer with each other and their clients so that, during the call, they can propose three mutually convenient dates for a Settlement Conference.

      **SO ORDERED.**

DATED:    New York, New York
                August 7, 2024

                                                                   _____
                                                                   The Honorable Gary Stein
                                                                   United States Magistrate Judge