UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

MARITZA GUERRERO,

                       Plaintiff,

-against-

PPGD INC. and GENNE DEFEO,

                       Defendants.
------------------------------------------------------------------X

24 Civ. No. 4292 (JLR)

**ORDER SCHEDULING**
**SETTLEMENT CONFERENCE**

**GARY STEIN, United States Magistrate Judge:**

      A settlement conference in this matter is scheduled for **Thursday, October 10, 2024 at 2:00 p.m.** in Courtroom 9A, United States Courthouse, 500 Pearl Street, New York, New York. The parties shall consult and comply with the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein. *Ex parte* settlement letters must be submitted to the Court no later than **Thursday, October 3, 2024**.

      **SO ORDERED.**

DATED:    New York, New York
               August 14, 2024

_____
The Honorable Gary Stein
United States Magistrate Judge