**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
\- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

MARITZA GUERRERO,

                                   Civil Action No.
                                   **1:24-cv-04292-JLR**

              *Plaintiff*,

      -against-

PPGD INC. (DBA PELHAM PLAZA LAUNDROMAT) and GENNE DEFEO, individually,

                                   **PROPOSED FORM OF**
                                   **JUDGMENT**
            *Defendants*.
                                   X
\- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## **JUDGMENT**

    On October 15, 2024, the Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

    NOW, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

    That the Plaintiff, MARITZA GUERRERO, has a judgment against PPGD INC. (DBA PELHAM PLAZA LAUNDROMAT) and GENNE DEFEO, jointly and severally, in the amount of Twenty-Five Thousand Dollars and Zero Cents ($25,000.00), which is inclusive of attorneys' fees and costs.

Dated:  November 7, 2024

                                                                   *[signature]*
                                                     The Honorable Jennifer L. Rochon